Nicole Owens
Federal Public Defender
Mark Ackley
First Assistant
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Rachel Dixon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable Amanda K. Brailsford

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>vs.<br><br>Rachel Dixon,<br><br>　　Defendant. | 1:23-cr-00291-AKB<br><br>**Unopposed Motion To Continue Sentencing** |

Rachel Dixon, by and through her attorney of record, Mark Ackley, for the Federal Defender Services of Idaho, hereby moves this honorable Court to continue her sentencing hearing, which is currently scheduled for January 15, 2025.

Ms. Dixon seeks a continuance for no less than thirty (30) days. This Motion is based on the separately filed affidavit of counsel and is unopposed by the government.

Dated: November 15, 2024

Respectfully submitted,
Nicole Owens
Federal Public Defender
By:

<u>/s/ Mark Ackley</u>
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Rachel Dixon

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document was electronically served to the parties below.

Christopher Booker, Assistant United States Attorney

Ryan Lesmeister, US Probation Officer

Dated: November 15, 2024                /s/ Joy Fish
                                        Joy Fish